IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES L. PHILLIPS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIAD GUARANTY INC., MARK K. TONNESEN, and KENNETH W. JONES,<br><br>Defendants. | ) | 1:09CV71 |

**ORDER**

Having considered the Motion to Withdraw as Counsel (Docket Entry 94) and for good cause shown,

It is hereby **ORDERED** that Philip J. Mohr and Womble Carlyle Sandridge & Rice, LLP, 300 North Greene Street, Suite 1900, Greensboro, North Carolina 27401, 336-721-3577, are hereby substituted as counsel of record for Triad Guaranty Inc. in this action, and that Richard A. Rosen, Robyn Tarnofsky, and Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, 212-373-3000, and William K. Davis, Alan M. Ruley, and Bell, Davis & Pitt, P.A., P.O. Box 21029, Winston-Salem, North Carolina 27120-1029, 336-722-3700, are allowed to withdraw as counsel for Triad Guaranty Inc. in the above-captioned matter, but shall remain as counsel for defendants Mark K. Tonnesen and Kenneth W. Jones.

This the 1 1th day of July, 2013.

Joe L. Webster
United States Magistrate Judge