# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES L. PHILLIPS, Individually<br>and on Behalf of All Others<br>Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>TRIAD GUARANTY INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:09CV71 |

## ORDER

This matter is before the Court on Defendants Kenneth W. Jones' and Mark K. Tonnesen's Motion for Leave to File Reply in Further Support of Objection to Magistrate Report ("Defendants' Motion"), Doc. #98, and Lead Plaintiff's Motion for Clarification or Status Conference ("Plaintiff's Motion"), Doc. #104. For reasons stated below, Defendants' Motion is DENIED and Plaintiff's Motion is DENIED.

Local Rule 72.4 of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina ("Local Rules") provides for objections and responses to a magistrate judge's recommendations or orders. Unlike Local Rule 7.3 that permits responses and replies in motions practice, replies are not permitted when objecting to a magistrate judge's recommendations or orders. In their motion for leave to

file a reply, Defendants have not made a sufficient showing that a reply is necessary. Therefore, Defendants' Motion for Leave to File Reply in Further Support of Objection to Magistrate Report, Doc. #98, is DENIED.

On a related matter, in their Objection to Report of Magistrate Judge, Doc. #90, Defendants request oral argument. Because the parties have thoroughly briefed the matter, oral argument will not aid the Court's decisional process. Defendants' request for oral argument is denied.

In Plaintiff's Motion, Lead Plaintiff Western Pennsylvania Electrical Employees Pension Fund "requests clarification of whether the parties may proceed with formal discovery efforts" pending this Court's review of Magistrate Judge Webster's Memorandum Opinion and Recommendation that Defendants' Motion to Dismiss be denied, Doc. #87, to which Defendants have objected. The Private Securities Litigation Reform Act of 1995 stays discovery "during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. § 78u-4(b)(3)(B). Not having shown sufficient justification in its motion to pursue discovery pending Defendants' Motion to Dismiss, Plaintiff's Motion for Clarification or Status Conference, Doc. #104, is

DENIED.

For the reasons set forth above, Defendants' Motion for Leave to File Reply in Further Support of Objection to Magistrate Report, Doc. #98, is **DENIED** and Plaintiff's Motion for Clarification or Status Conference, Doc. #104, is **DENIED**.

This the 2nd day of December, 2014.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge